UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:21-cv-01226-JFW-AFM                          Date: September 28, 2021

Title      Eric Brandon Fields v. California Institution for Men Medical Cheif and Staff et al

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On August 10, 2021, the Court dismissed plaintiff's Complaint with Leave to Amend ("Order") and advised plaintiff that if he desired to pursue the action, he may file a First Amended Complaint remedying the pleading deficiencies discussed in the Order by September 9, 2021. (ECF No. 7.) On August 9, 2021, the Court received plaintiff's notice of change of address and thereafter re-sent the Order to plaintiff's new address and extended plaintiff's deadline to file a First Amended Complaint to September 13, 2021.  According to the docket, plaintiff has not filed a First Amended Complaint by the September 13, 2021 deadline.

Accordingly, **IT IS ORDERED that within 20 days from the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute.** The filing of a First Amended Complaint within 20 days shall discharge the Order to Show Cause.

Further, **plaintiff is admonished that if he fails to timely file a First Amended Complaint remedying the pleading deficiencies, the Court will recommend that this action be dismissed without leave to amend and with prejudice.**

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |