JS-6

```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                            1-3-2022

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY: _____PG_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BRANDON FIELDS, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CALIFORNIA INSTITUTION FOR MEN MEDICAL CHIEF, et al., <br><br>　　　　Defendants. | Case No. 5:21-cv-01226-JFW-AFM <br><br> **JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: January 3, 2022

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE